# United States District Court
# For The Western District of North Carolina
# Statesville Division

GREGORY ROLAND PRUESS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV159-2-RLV

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2011, Order.

    Signed: August 8, 2011

*(signature)*

Frank G. Johns, Clerk
United States District Court